**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADAMA BASS, | : | |
| | : | |
| *Petitioner,* | : | |
| v. | : | No. 2:26-cv-08275 |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
| | : | |
| *Respondent.* | : | |

**ORDER**

**AND NOW**, this 5th day of November, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), the Government's Response in Opposition (Dkt. No. 5), and the Petitioner's Reply (Dkt. No. 6),[1] it is hereby **ORDERED** that counsel shall appear for a hearing on November 12, 2026, commencing at 9:30 a.m. in Courtroom 7B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

At the hearing, the Government shall be prepared to address when the arrest warrant was issued, specifically whether it was issued before Petitioner was taken into custody. In advance of the hearing, the Government shall produce any available Body Worn Camera footage.

It is **FURTHER ORDERED** that Petitioner **SHALL NOT** be transferred from the Moshannon Valley Processing Center while this Petition remains pending, except that Petitioner may be transferred to the Federal Detention Center in Philadelphia, located at 700 Arch Street, Philadelphia, PA 19106, upon the request of Petitioner's counsel.

BY THE COURT:



____________________________

GAIL WEILHEIMER J.

---

[1] Pursuant to Judge Weilheimer's Guidelines, "[r]eply briefs are not permitted without leave of court." Judge Weilheimer's Guidelines, § X.C. Petitioner's counsel filed a Reply Brief (Dkt. No. 6) without first seeking leave of court in violation of these Guidelines. As a *one-time* courtesy, the Court will consider Petitioner's Reply Brief but cautions Petitioner's counsel that any future noncompliance with this Court's Guidelines will not be tolerated.