IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMA BASS, *Petitioner,* | : | |
| v. | : | No. 2:26-cv-08275 |
| J.L. JAMISON, *et al.*, *Respondent.* | : | |

**RESCHEDULE ORDER**

**AND NOW**, this 9th day of November, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), the Government's Response in Opposition (Dkt. No. 5), and the Petitioner's Reply (Dkt. No. 6),[1] it is hereby **ORDERED** that counsel shall appear for a hearing on **November 10, 2026, commencing at 2:30 p.m.** (previously scheduled for November 12, 2026) in Courtroom 7B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

At the hearing, the Government shall be prepared to address when the arrest warrant was issued, specifically whether it was issued before Petitioner was taken into custody. In advance of the hearing, the Government shall produce any available Body Worn Camera footage.

It is **FURTHER ORDERED** that Petitioner **SHALL NOT** be transferred from Moshannon Valley Processing Center while this Petition is pending.

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] Pursuant to Judge Weilheimer's Guidelines, "[r]eply briefs are not permitted without leave of court." Judge Weilheimer's Guidelines, § X.C. Petitioner's counsel filed a Reply Brief (Dkt. No. 6) without first seeking leave of court in violation of these Guidelines. As a *one-time* courtesy, the Court will consider Petitioner's Reply Brief but cautions Petitioner's counsel that any future noncompliance with this Court's Guidelines will not be tolerated.