**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADAMA BASS, | : | |
| *Petitioner*, | : | |
| v. | : | No. 2:26-cv-08275 |
| J.L. JAMISON, *et al.*, | : | |
| *Respondents*. | : | |

**ORDER**

AND NOW, this 16th day of November, 2026, following the November 12 hearing, during which it was determined that the statement in the warrant certifying that "I hereby certify … the contents of this notice were read to him or her in the English language" is inaccurate, it is hereby ORDERED that the parties shall submit supplemental briefing addressing whether the false certification invalidates the warrant.

The parties' supplemental briefs shall be filed no later than the close of business on **November 18, 2026**, and shall not exceed five pages, double-spaced. No responsive pleadings shall be permitted.

BY THE COURT:

GAIL A. WEILHEIMER, J.